THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEONEL LUGO *et al.,* Defendants-Appellants.

(Nos. 59926, 27 cons.; )

First District (3rd Division)—December 19, 1974.

*Rehearing denied March 14, 1975.*

PER CURIAM.

George C. Pontikes, of Foss, Schuman & Drake, of Chicago, for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and P. Mark Thompson, Assistant State's Attorneys, of counsel), for the People.